Jeremy T. Bergstrom, Esq.                                                E-filed on February 12, 2009
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-90840

Attorneys for Secured Creditor
COUNTRYWIDE HOME LOANS SERVICING, L.P.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-08-21381-MKN |
| MARILYN R. REYES, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS SERVICING, L.P., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Jeremy T. Bergstrom, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
    Henderson, NV 89052
    PH (702) 369-5960

                                          MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   February 12, 2009    By:   /s/ Jeremy T. Bergstrom, Esq.
                                                  Jeremy T. Bergstrom, Esq.
                                                  Attorney for Secured Creditor

1

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on  February 12, 2009 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Kenneth K. Liu
819 S. 6th St
Las Vegas, NV  89101

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
302 E. Carson Ave. #300
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

 /s/  Amy E. Gong
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-90840/rfsnlv.dot/aeg)**